RECEIVED & FILED

**KATHLEEN A. LEAVITT**
**Chapter 13 Bankruptcy Trustee**
**District Of Nevada**
**201 Las Vegas Blvd South, Suite 200**
**LAS VEGAS, NEVADA 89101**
**(702) 853-0700**

'09  SEP -3  P2 :13

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

RE:      DAVID BENITES

BK-S-07-11619-LBR
Chapter 13

### NOTICE OF UNCLAIMED FUNDS

TO:    Clerk, United States Bankruptcy Court

From: Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim# | Claimant & Address | CAS 106000 | CAS163300 |
|---|---|---|---|
| CLAIM #15 | CLC CONSUMER SERVICES 2730 Liberty Avenue Pittsburgh, PA 15222 | | $95.47 |
| | Totals | | $95.47 |

Date: ___SEP 03 2009___

*Kathleen A. Leavitt, Trustee* ⱳ/

Kathleen A. Leavitt
Chapter 13 Bankruptcy Trustee

NOTE:  Claims that are $25.00 or less go into CAS 106000.  Claims that are more than
$25.00 goes into CAS 613300.  The amounts that are to be deposited into the
Registry can be written on one check.
CC:  David Benites
      Newark & Newark Law Firm

192412  95.47